KENNETH S. GAINES (Bar No. 049045)
ken@gaineslawfirm.com
DANIEL F. GAINES (Bar No. 251488)
daniel@gaineslawfirm.com
ALEX P. KATOFSKY (Bar No. 202754)
alex@gaineslawfirm.com
**GAINES & GAINES, APLC**
21550 Oxnard Street, Ste. 980
Woodland Hills, CA 91367
Tel:  818.703.8985
Fax: 818.703.8984

Attorneys for Plaintiff
BETH OVERTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH OVERTON, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>GENESCO INC., a Tennessee corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  2:11-CV-01645-LKK-KJN<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

WHEREFORE, Plaintiff Beth Overton ("Plaintiff") and Defendant Genesco, Inc. ("Defendant") (together as the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on April 20, 2011 Plaintiff filed this putative class action in the Superior Court of the State of California, County of Sacramento;

WHEREAS, on May 23, 2011 filed a First Amended Complaint in State Court;

///

WHEREAS, on June 17, 2011, Defendant removed the action to this Court;

WHEREAS, on June 21, 2011, counsel for the Parties met and conferred and agreed to stipulate for leave for Plaintiff to file a Second Amended Complaint ("SAC");

BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED as follows:

1. Plaintiff may file the proposed Second Amended Complaint, a true and correct copy of which is attached hereto as Exhibit A, which makes the following changes to the First Amended Complaint currently on file:

   a. Defendant Hat World, Inc., is substituted for Defendant Genesco, Inc., whom the parties have concluded is the employer of Plaintiff and members of the alleged putative class;

   b. The definition of Class I is modified to conform with the proper statute of limitations on Plaintiff's claims for penalties pursuant to Labor Code § 2699 resulting from alleged violations of Labor Code § 226(a);

   c. The entire SAC complaint is modified to conform to the Rules and Local Rules of this Court, including typeface, etc.

2. Counsel for Defendant Genesco, Inc. shall be counsel for new Defendant Hat World, Inc. and shall accept service of the SAC by e-mail.

3. Plaintiff shall file the SAC no later than three (3) Court days following the entry of the Order granting Plaintiff leave to amend to file the SAC.

4. Defendant Hat World, Inc. shall file a response to the SAC no later than twenty-one (21) days after the SAC is filed with the Court.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  June 23, 2011 | **GAINES & GAINES, APLC** |
| | By: /s/ Daniel F. Gaines |
| |     KENNETH S. GAINES |
| |     DANIEL F. GAINES |
| |     Attorneys for Plaintiff |
| |     BETH OVERTON |
| Dated:  June 23, 2011 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | By: /s/ Eric Meckley (as authorized on 6/23/2011) |
| |     ERIC MECKLEY |
| |     LAUREN S. KIM |
| |     Attorneys for Defendant |
| |     GENESCO, INC. |

Pursuant to the above Stipulation between the Parties, and for good cause appearing, the Court hereby ORDERS as follows:

Plaintiff may file the Second Amended Complaint attached as Exhibit A to the Parties' Stipulation no later than three (3) Court days following entry of this Order; counsel for Defendant Hat World, Inc. shall accept service of the Second Amended Complaint via e-mail/electronic service; and Defendant Hat World, Inc. shall file a response to the Second Amended Complaint no later than twenty-one (21) days after it is filed.

IT IS SO ORDERED.

Dated:  June 27, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT