KENNETH S. GAINES (Bar No. 049045)
ken@gaineslawfirm.com
DANIEL F. GAINES (Bar No. 251488)
daniel@gaineslawfirm.com
ALEX P. KATOFSKY (Bar No. 202754)
alex@gaineslawfirm.com
**GAINES & GAINES, APLC**
21550 Oxnard Street, Ste. 980
Woodland Hills, CA 91367
Tel:  818.703.8985
Fax: 818.703.8984

Attorneys for Plaintiff
BETH OVERTON

ERIC MECKLEY (Bar  No. 168181)
emeckley@MorganLewis.com
LAUREN S. KIM (Bar No. 210572)
lkim@MorganLewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorney for Defendant
HAT WORLD, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH OVERTON, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HAT WORLD, INC., a Minnesota corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  2:11-CV-01645-LKK-KJN<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

1

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

DB2/ 22520806.1

1    WHEREFORE, Plaintiff Beth Overton ("Plaintiff") and Defendant Hat
2 World, Inc. ("Defendant") (together as the "Parties"), through their respective
3 counsel of record, hereby stipulate and agree as follows:
4    WHEREAS, on April 20, 2011 Plaintiff filed this putative class action in the
5 Superior Court of the State of California, County of Sacramento;
6    WHEREAS, on May 23, 2011 filed a First Amended Complaint in State
7 Court;
8    WHEREAS, on June 17, 2011, Defendant removed the action to this Court;
9    WHEREAS, on June 27, 2011, the Court granted the parties' joint stipulation
10 to permit Plaintiff to file a Second Amended Complaint ("SAC");
11   WHEREAS, the LWDA has informed the parties of its intention not to
12 further investigate Plaintiff's claims that Defendant has violated certain provisions
13 of the California Labor Code.
14   BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED as
15 follows:
16   1. Plaintiff may file the proposed Third Amended Complaint ("TAC"), a
17      true and correct copy of which is attached hereto as Exhibit A, which
18      makes the following changes to the Second Amended Complaint currently
19      on file:
20      a. Addition of paragraph 60 to the proposed Third Amended
21         Complaint.
22   2. Plaintiff shall file the TAC no later than three (3) Court days following
23      the entry of the Order granting Plaintiff leave to amend to file the TAC.
24   3. Defendant Hat World, Inc. shall file a response to the TAC no later than
25      twenty-one (21) days after the TAC is filed with the Court.
26 \\
27 \\
28 \\

**IT IS SO STIPULATED.**

Dated:  August 16, 2011          **GAINES & GAINES, APLC**

                                 By: /s/ Daniel F. Gaines
                                     KENNETH S. GAINES
                                     DANIEL F. GAINES
                                     Attorneys for Plaintiff
                                     BETH OVERTON

Dated:  August 16, 2011          **MORGAN, LEWIS & BOCKIUS LLP**

                                 By: /s/ Eric Meckley (as authorized on 8/16/11)
                                     ERIC MECKLEY
                                     LAUREN S. KIM
                                     Attorneys for Defendant
                                     GENESCO, INC.

Pursuant to the above Stipulation between the Parties, and for good cause appearing, the Court hereby ORDERS as follows:

Plaintiff may file the Third Amended Complaint attached as Exhibit A to the Parties' Stipulation no later than three (3) Court days following entry of this Order; counsel for Defendant Hat World, Inc. shall accept service of the Third Amended Complaint via e-mail/electronic service; and Defendant Hat World, Inc. shall file a response to the Third Amended Complaint no later than twenty-one (21) days after it is filed.

**IT IS SO ORDERED.**

Dated: August 16, 2011           _/s/ Lawrence K. Karlton_
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT