1  KENNETH S. GAINES (Bar No. 049045)
ken@gaineslawfirm.com
2  DANIEL F. GAINES (Bar No. 251488)
daniel@gaineslawfirm.com
3  ALEX P. KATOFSKY (Bar No. 202754)
alex@gaineslawfirm.com
4  **GAINES & GAINES, APLC**
21550 Oxnard Street, Ste. 980
5  Woodland Hills, CA 91367
Tel: 818.703.8985
6  Fax: 818.703.8984

7  Attorneys for Plaintiff
BETH OVERTON, on behalf of herself and all
8  others similarly situated

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  BETH OVERTON, on behalf of herself and all others similarly situated | CASE NO.  2:11-CV-01645-LKK-KJN |
| 12 | **STIPULATION AND ORDER FOR** |
| 13  Plaintiffs, | **LEAVE TO FILE FOURTH AMENDED COMPLAINT** |
| 14  v. | |
| 15  HAT WORLD, INC., a Minnesota corporation, | |
| 16  Defendant. | |
| 17 | |
| 18 | |

19

20        WHEREFORE, Plaintiff Beth Overton ("Plaintiff") and Defendant Hat

21  World, Inc. ("Defendant") (together as the "Parties"), through their respective

22  counsel of record, hereby stipulate and agree as follows:

23        WHEREAS, on April 20, 2011 Plaintiff filed this putative class action in the

24  Superior Court of the State of California, County of Sacramento;

25        WHEREAS, on May 23, 2011 Plaintiff filed a First Amended Complaint in

26  State Court;

27        WHEREAS, on June 17, 2011, Defendant removed the action to this Court;

28  \\

1

1    WHEREAS, on June 21, 2011, counsel for the Parties met and conferred and

2    agreed to stipulate for leave for Plaintiff to file a Second Amended Complaint;

3    WHEREAS, on June 28, 2011 Plaintiff filed a Second Amended Complaint

4    ("SAC") in this Court;

5    WHEREAS, on August 15, 2011 Plaintiff filed a stipulation for leave to file a

6    Third Amended Complaint ("TAC"), which the Court granted;

7    WHEREAS, in late October and early November 2011, counsel for the

8    Parties met and conferred regarding additional claims that Plaintiff intended to

9    assert and agreed to stipulate for leave for Plaintiff to file a Fourth Amended

10    Complaint, subject to certain express conditions as set forth below:

11    BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED as

12    follows:

13    1. Plaintiff may file the proposed Fourth Amended Complaint, a true and

14       correct copy of which is attached hereto as Exhibit A, which includes the

15       following changes to the Third Amended Complaint currently on file:

16          a. Adding a claim for the alleged failure to pay minimum and

17             overtime wages based upon the allegation that Plaintiff and

18             members of the putative class worked off-the-clock work;

19          b. Adding a claim for waiting time penalties under California Labor

20             Code §§ 201-203 based upon the above off-the-clock allegation;

21             and

22          c. Deleting references to Doe defendants as Doe defendants are not

23             permitted in federal court.

24    2. Pursuant to *Williams v. Boeing Co*., 517 F.3d 1120, 1133 (9th Cir. 2008),

25       the parties stipulate and agree that the statute of limitations as to the new

26       amended claims as referenced in 1(a) and (b) above shall run as of the

27       date the Fourth Amended Complaint is filed with the Court, and shall not

28       relate back to the filing date of the original Complaint because these new

2

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FOURTH AMENDED
COMPLAINT

DB2/ 22767283.1

1    amended claims do not arise out of the same conduct or operative facts

2    alleged in the original Complaint.

3        3. Plaintiff shall file the Fourth Amended Complaint no later than three (3)

4    Court days following entry of an Order from the Court granting Plaintiff

5    leave to amend to file the Fourth Amended Complaint.

6        4. Defendant Hat World, Inc. shall file a response to the Fourth Amended

7    Complaint no later than twenty-one (21) days after the Fourth Amended

8    Complaint is filed with the Court.

9   **IT IS SO STIPULATED.**

10  Dated: November 30, 2011        **GAINES & GAINES, APLC**

11

12                                  By: /s/ Daniel F. Gaines
                                         KENNETH S. GAINES
13                                       DANIEL F. GAINES
                                         ALEX P. KATOFSKY
14                                       Attorneys for Plaintiff
                                         BETH OVERTON
15

16  Dated: November 30, 2011        **MORGAN, LEWIS & BOCKIUS LLP**

17                                  By:/s/ Eric Meckley (as authorized on 11/23/11)
                                         ERIC MECKLEY
18                                       LAUREN S. KIM
                                         Attorneys for Defendant
19                                       HATWORLD, INC.

20

21                              **ORDER**

22      Pursuant to the above Stipulation between the Parties, and for good cause

23  appearing, the Court hereby ORDERS as follows:

24      The Parties' stipulations as set forth above are accepted and approved by the

25  Court.  Plaintiff may file the Fourth Amended Complaint attached as Exhibit A to

26  the Parties' Stipulation no later than three (3) Court days following entry of this

27  Order; counsel for Defendant Hat World, Inc. shall accept service of the Fourth

28

3

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FOURTH AMENDED
COMPLAINT

Amended Complaint via ECF service; and Defendant Hat World, Inc. shall file a response to the Fourth Amended Complaint no later than twenty-one (21) days after it is filed.

IT IS SO ORDERED.

Dated:  December 1, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

DB2/ 22767283.1