```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
```

BETH OVERTON, on behalf
of herself and all others
similarly situated, and
on behalf of the general
public,
                                       NO. Civ.S-11-1645 LKK/KJN
        Plaintiffs,

    v.                                 **ORDER RE DISPOSAL
                                       DOCUMENTS AFTER
HAT WORLD, INC., a                     NOTIFICATION OF SETTLEMENT**
Minnesota corporation,

        Defendant.
                                    /

    Counsel for plaintiffs has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2       IT IS SO ORDERED.
3       DATED:  February 17, 2012.
4
5
6                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
7                              UNITED STATES DISTRICT COURT

2