1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  BETH OVERTON, on behalf
    of herself and all others
11  similarly situated, and
    on behalf of the general
12  public,
                                       NO. Civ.S-11-1645 LKK/KJN
13          Plaintiffs,

14     v.                              **ORDER RE DISPOSAL
                                       DOCUMENTS AFTER**
15  HAT WORLD, INC., a              **NOTIFICATION OF SETTLEMENT**
    Minnesota corporation,
16
            Defendant.
17  _____/

18       Counsel for plaintiffs has filed a Notice of Settlement in the

19  above-captioned case.  The court now orders that the dispositional

20  documents disposing of the case be filed no later than thirty (30)

21  days from the effective date of this order.

22       All  hearing  dates  heretofore  set  in  this  matter  are  hereby

23  **VACATED.**

24       FAILURE  TO  COMPLY  WITH  THIS  ORDER  MAY  BE  GROUNDS  FOR  THE

25  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

26  ////

                                   1

1 | CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2 |     IT IS SO ORDERED.

3 |     DATED:  February 17, 2012.

4 |

5 |

6 | LAWRENCE K. KARLTON
SENIOR JUDGE

7 | UNITED STATES DISTRICT COURT

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |