UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETH OVERTON, on behalf of herself and all others similarly situated, and on behalf of the general public,

        Plaintiffs,

   v.

HAT WORLD, INC., a Minnesota corporation,

        Defendant.

NO. CIV. S-11-1645 LKK/KJN

O R D E R

An unopposed motion for final approval of a class action settlement is currently set for hearing on September 4, 2012. The court CONTINUES the hearing to September 17, 2012 at 10:00 a.m.

IT IS SO ORDERED.

DATED: August 28, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT